JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:** Under Seal: Yes ___ No X — Judge Assigned: Nachmanoff

City ______ Superseding Indictment ______ Criminal Number: 1:26-CR-198

County/Parish: Eastern District of Virginia — Same Defendant ______ New Defendant X

Magistrate Judge Case Number ______ Arraignment Date: ______

Search Warrant Case Number ______

R 20/R 40 from District of ______

Related Case Name and No: ______

Defendant Information:

**Juvenile --Yes** ___ **No** X **FBI #** ______

**Defendant Name:** John Allen Kurrle — Alias Name(s) ______

**Address:** Gainesville, VA 20155

**Employment:** ______

**Birth date** 1964 **SS#** 0937 **Sex** M **Def Race** ______ Nationality ______ Place of Birth ______

**Height** ______ **Weight** ______ **Hair** ______ **Eyes** ______ Scars/Tattoos ______

**Interpreter:** ___ **No** ___ **Yes** List language and/or dialect: ______ Automobile Description ______

Location Status:

Arrest Date ______

___ Already in Federal Custody as of ______ in ______

___ Already in State Custody — ___ On Pretrial Release — X Not in Custody

___ Arrest Warrant Requested — ___ Fugitive — ___ Summons Requested

___ Arrest Warrant Pending — ___ Detention Sought — ___ Bond

Defense Counsel Information:

Name: Nate Wenstrup — ___ Court Appointed — Counsel conflicted out: ______

Address: 1650 King Street<br>Suite 500<br>Alexandria, VA 22314 — ___ Retained

Telephone: (703) 600-0800 — X Public Defender — Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

AUSA Jonathan Keim — Telephone No: 703-299-3700 — Bar # ______

Complainant Agency, Address & Phone Number or Person & Title:

FBI, Special Agent Ella Hawkins

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to commit wire fraud | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** ______ Signature of AUSA: /s/ Jonathan Keim